478 A.2d 65

Jacono etc., Appellant, v. Jacono, etc.

 Submitted March 6, 1984. Nathaniel C. Nichols, for appellant; Joseph E.S. Palma, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed.

478 A.2d 65

Luther v. Luther, Appellant.

 Argued March 7, 1984. John C. Butera, for appellant; Neil Hurowitz, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

The June 29, 1982 order is affirmed.